**DISMISS and Opinion Filed July 2, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00348-CV**

**IN THE INTEREST OF A.S.L., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-21522**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Appellant is appealing the trial court's order terminating his parental rights. By letter dated March 27, 2013, the Court informed appellant that his notice of appeal was untimely. We informed appellant that his notice of appeal was filed within the fifteen-day grace period and that he could remedy the timeliness problem by filing an extension motion within ten days of the date of the letter. We cautioned appellant that failure to file an extension motion within the time specified may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an extension motion.

An appeal from an order terminating parental rights follows an accelerated timetable. *See* TEX. FAM. CODE ANN. § 263.405(a) (West Supp. 2012). Pursuant to the accelerated timetable, the notice of appeal is due twenty days after the date the order appealed from is signed. TEX. R. APP. P. 26.1(b). An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and files a motion complying with rule of appellate procedure

10.5(b).  *See* TEX. R. APP. P. 26.3.  Without a timely filed notice of appeal, this Court lacks jurisdiction.  *See* Tex. R. App. P. 25.1(b).

The decree of termination was signed on February 6, 2013.  Accordingly, appellant's notice of appeal was due on February 26, 2013.  *See* TEX. R. APP. P. 26.1(b).  Appellant filed his notice of appeal on March 8, 2013.  The notice of appeal was not filed within twenty days of the date the trial court's order was signed but it was filed within fifteen days of the deadline.  Thus, appellant could have remedied the timeliness problem with a motion for extension.  Appellant did not file an extension motion.

In the absence of a timely filed notice of appeal this Court lacks jurisdiction.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

/David L. Bridges/

DAVID L. BRIDGES

JUSTICE

130348F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.S.L, A CHILD

No. 05-13-00348-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 11-21522.
Opinion delivered by Justice Bridges.
Justices Moseley and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, the Texas Department of Family and Protective Services, recover its costs of this appeal from appellant, Robert Lucas.

Judgment entered July 2, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE